# Cuti Hecker Wang LLP

305 Broadway, Suite 607
New York, NY 10007

**Mariann Meier Wang**
212.620.2603 tel
212.620.2613 fax

mwang@chwllp.com

February 1, 2021

**By ECF**

Hon. Debra Freeman
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Jane Doe 15 v. Indyke et al.*, 19-cv-10653 (PAE)(DCF)
              *Mary Doe v. Indyke et al.*, 19-cv-10758 (PAE)(DCF)

Your Honor:

      We represent the plaintiffs in the two above-referenced cases. As directed in Your Honor's Order dated September 4, 2020, we write jointly with counsel for Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein (the "Co-Executors"), to provide a status update.

      These cases were stayed on June 22, 2020 pending the plaintiffs in each of these cases attempting to resolve their claims against the Co-Executors through the Epstein Victims Compensation Program. Both Plaintiffs registered their claims with the administrators of the Program and have recently submitted their claims and supporting documents to the administrators. The parties remain hopeful that all claims in these matters will be resolved through the Program. Accordingly, all parties believe that these cases should remain stayed at this time. We will notify the Court once the Program has progressed further such that either the claims are resolved or the stays should be lifted.

      We appreciate Your Honor's attention to these matters.

                        Very truly yours,

                        /s/ Mariann Meier Wang

                        Mariann Meier Wang

cc: Counsel for Defendants, by ECF